**Exhibit A to the Complaint**

**Location:** Aldie, VA

**Total Works Infringed:** 91

**IP Address:** 96.255.135.155

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 07/15/2020 22:37:32 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 2 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 07/04/2020 22:09:23 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 3 | Info Hash: 7C54A481F79E9D68EEC3B59FA6A9CE89224F2B3D<br>File Hash: FEB8339A2FB2B93FAF1ABCA3F56CFB2434EC3E135DD1B0B0642E927AF7AF1C30 | 05/31/2020 19:13:33 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 4 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 04/24/2020 02:36:22 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 5 | Info Hash: 9B7051A7D8E387536946C1C0A568F0B044462CE1<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04/18/2020 14:16:07 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 6 | Info Hash: 3980A4AF24D9D9C39149DE5FFD2049E2574E8F68<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04/18/2020 13:44:12 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 7 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 04/11/2020 17:49:32 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 8 | Info Hash: E9D33AC68EC10915E29720BDD5449FEA136D14E4<br>File Hash: 894E2E00462A5B6D0A7400534D11508A418907AD49C49024960FE4E2D05F0CA8 | 04/11/2020 13:05:31 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 51E7F5813518D8443886B3AFA1F29A82481587CC<br>File Hash: DDF4DAE7189A593533C7366692F2FAA2BBDD3E08E157B4CF4442147D23095782 | 03/09/2020 22:47:57 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 10 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 03/08/2020 14:40:56 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 11 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 03/08/2020 14:39:58 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 12 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 03/08/2020 14:38:20 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 13 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 03/08/2020 14:35:25 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 14 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 03/08/2020 14:34:27 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 15 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 03/08/2020 14:31:49 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 16 | Info Hash: B2DCF49FD9509A0B94D0B9482833905D27B586DD<br>File Hash: 3E1C9BBDFBBA1498777506B911E85680A3F0E388BA93DF715788DE677ED8CF01 | 03/08/2020 14:24:26 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 17 | Info Hash: F62202BB0E70A9EA8BD30A16DA939E2853E88A5F<br>File Hash: 45EC12C0EFCEC8FCD22E364028EBEF69E0B15E9151215B3A723F64DE10128DA9 | 02/26/2020 02:04:41 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 02/26/2020 02:02:28 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 19 | Info Hash: 3C6CA0228C60DF78A52D451F9A8442A65716CDD8<br>File Hash: D3533BA7EEA97C9B2BB1F7CAAC9FF8DB1D9D75B3941F4FE5A0AF5D763E0E7E42 | 02/26/2020 01:37:44 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 20 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/18/2020 01:31:26 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 21 | Info Hash: E683F0F9D186007A2269919B201A6997AE284B76<br>File Hash: 1A3D11C207A9B9819A46E23EACE12C46F903C0B3BA95A9D0A9F39C71C8B26552 | 02/18/2020 01:01:53 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 22 | Info Hash: 4BC88CE75F516411A03F0D4908F70299E6EA5B8F<br>File Hash: 113D6680B4E1CA5B0C7C2750EED2410FCAC42C43DBE8EDEB56D2D2FC4B3BA8DE | 02/18/2020 00:48:51 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 23 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 02/18/2020 00:07:46 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 24 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02/17/2020 23:48:54 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 25 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/17/2020 23:21:41 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 26 | Info Hash: 62FC15B9E3ED07ED8B820E9D1C9BA6294BC9BDFF<br>File Hash: 76D8429F538EB3356D156D4F8BAB5440A08EAD0497F8498124384468A7E2E982 | 02/11/2020 03:58:53 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: EF2349939932F59F0DACEEBFE9B0A4844286330D<br>File Hash: CAAAE092367BEF637A8D91E4C469594AED615950E29018B784AD7C441E5FF8F1 | 01/30/2020 01:22:51 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 28 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01/14/2020 19:07:00 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 29 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 01/09/2020 13:24:51 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 30 | Info Hash: 6FAEC06702D299A0953DDB78138E36423343C8CC<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 12/18/2019 20:13:49 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 31 | Info Hash: 4621BB4A0025EC53A878119567D5F952DB339CE7<br>File Hash: FB6C70A0FA93D2DE0FE49055830182647E9CD200C8BF46B224AFD34F54E7307C | 12/18/2019 19:37:34 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 32 | Info Hash: AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2<br>File Hash: CEDBAC62A67199295C21B1F23AB0587A9EC912B54A2172369259EDBFF9C5FA09 | 12/18/2019 19:34:25 | Blacked | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 33 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 12/18/2019 19:30:27 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 34 | Info Hash: 04BCA2287880FE4DC823F1448169418A8E4C7360<br>File Hash: AF6B8F86DC6DC3818589C6CFBDFFDE20C3BDDD6BCD5EFDDB88A333A7C813FD1C | 12/18/2019 19:28:34 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 35 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 12/18/2019 19:20:59 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash: 6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 12/18/2019 19:20:54 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 37 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 12/18/2019 19:14:58 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 38 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 12/18/2019 19:14:32 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 39 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 12/18/2019 19:13:04 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 40 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 12/18/2019 19:08:54 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 41 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 12/18/2019 19:08:44 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 42 | Info Hash: C6A16AF61498B40015401768A655EC382074206A<br>File Hash: DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 12/18/2019 19:03:50 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 43 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 12/18/2019 18:56:57 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 44 | Info Hash: 0167BB6D3CF175D23BA136458BD75ECFE3E34967<br>File Hash: 020002DD7D0C1819267318728B466B0A30DB9677BFC6978076EFA2FC64D0C62E | 12/18/2019 18:51:47 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 12/18/2019 18:51:45 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 46 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 12/18/2019 17:31:20 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 47 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 12/18/2019 17:26:58 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 48 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 12/18/2019 17:22:46 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 49 | Info Hash: 5521F3BB1635DAA5CDC136162AAD0DBB2380C9D6<br>File Hash: 4D38C67BD5BA68DD00DB6CD2F2F7BF1E2D0B2D5C9F0A88124C2EFEA60E7A469E | 12/06/2019 19:16:51 | Vixen | 12/05/2019 | 12/17/2019 | PA0002217671 |
| 50 | Info Hash: EC466C2FA88920BE700871206B7FC2C4785F11DD<br>File Hash: 1B72EAAEC424D8E87E40FCD920CE5366A8C9872E7ABCA69274E36BBD2D6206DF | 11/16/2019 00:04:49 | Tushy | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 51 | Info Hash: A83A42765A2BDA4C9A5AD8644F21D430BFB91623<br>File Hash: B54B1F8DD404D74A4E587A5EB63E85AB787BA24AF80C58B576826EA04FB96D32 | 10/30/2019 01:38:14 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 52 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 10/30/2019 01:33:39 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 53 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 10/30/2019 01:19:52 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 58184CB68D529D79E08EA022F599CCF0BFD7D6F6<br>File Hash: E5BB047396180753E471EC6ED81C2585F0EDD1E3933AEF7FDB64F6A94AED5A6E | 09/30/2019 06:45:58 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 55 | Info Hash: 172BCED75DCCD2854628DBCDA8045358431CBB32<br>File Hash: AD75EAE4253D46817C8554658D1082878D1E646257DC527268FF39AC027C5B48 | 09/30/2019 02:55:47 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 56 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 09/30/2019 02:50:13 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 57 | Info Hash: 0A7AF84195A735F680D7D1B00BA4CFD1CF18326A<br>File Hash: 716BB6A97598C4FFCB46375323DE963DC0344EE2B4AEF8C6BED7201C491A9712 | 09/30/2019 02:37:45 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 58 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 09/30/2019 02:34:39 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 59 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 09/30/2019 02:31:46 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 60 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 09/30/2019 02:28:12 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 61 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 09/30/2019 02:25:49 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 62 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 09/30/2019 02:21:51 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 09/30/2019 02:19:40 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 64 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 09/30/2019 02:18:45 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 65 | Info Hash: 5D6C222C7939BB472D2C17A576870BE41E3BA41A<br>File Hash: 07CD08853509425695D1A58E8EFE197F370C1E8F0AA9A1A2F25C044451D78501 | 09/30/2019 02:14:16 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 66 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 09/30/2019 01:56:36 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 67 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 09/30/2019 01:42:05 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 68 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 09/30/2019 01:30:53 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 69 | Info Hash: D375F105B52A3AC98CBB404F4E4BF08B2820686C<br>File Hash: B82F37153DBCF50BC541D7498E562DDCE0571DB0C0DA64DD67B12ADE12E6CB58 | 09/29/2019 02:42:22 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 70 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 09/28/2019 20:40:24 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 71 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 09/28/2019 20:27:19 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09/28/2019 20:13:04 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 73 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 09/28/2019 20:00:26 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 74 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 09/28/2019 19:51:44 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 75 | Info Hash: 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1<br>File Hash: 8084D754CFF1A160219A91F7B51F5DDA8685F015A637F13F7B5B1667765CA31B | 09/28/2019 19:12:25 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 76 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash: 66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 09/28/2019 19:10:09 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 77 | Info Hash: 43A5ECC02D949B8DB28F1BF1D95C9E933FE3D35A<br>File Hash: 032FE076CEC69AF1B60C8B81B78F8886A248536648A861CCE9DCE3E19D4D6876 | 09/28/2019 18:53:38 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 78 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 09/28/2019 18:42:39 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 79 | Info Hash: 06A0AA871C38B22364679C407392C4C580DAB699<br>File Hash: BBABE80AF46824ECA3F01EE91139B5E4238FFEF00A0775AA9BC1734986235CAA | 09/28/2019 18:37:36 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 80 | Info Hash: 1A6470E21E54EE628069047098E9B5DFB9B17ED2<br>File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 09/28/2019 18:15:54 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: CCD9AF74ABFA16F1A5545AC82686F6F30B6F8183 File Hash: 17A9B318D7D3E8C951917E3AC5341DD69123602006E701D5D325E7BC65C88AB4 | 09/28/2019 17:56:00 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 82 | Info Hash: 9E23D180CE13A745D888960C51567F094143E3F7 File Hash: 7908BC62EBEABFD47D3B669D2DDFA2B71CDDDF5AA25B3B2638637B6A68FDF8B4 | 09/20/2019 03:31:40 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 83 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508 File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09/19/2019 02:19:30 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 84 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09/17/2019 10:35:03 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 85 | Info Hash: CF8B33D285DB924C4421530FEA4BD16281F65302 File Hash: EF817A56C9A169E9841C0FA90DD4C644D0985CCAFAC82903EAA6353E06FE85D6 | 08/22/2019 01:09:33 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 86 | Info Hash: B8DCA54C359D81B630E039F7CDD985F7BAE2C6D1 File Hash: 6810A6565E4768968459B635CC16DE63A66494365E74607FDB74B65CC9EA41A1 | 07/17/2019 19:58:07 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 87 | Info Hash: 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179 File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 07/10/2019 19:01:30 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 88 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146 File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 07/10/2019 18:57:08 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 89 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07/09/2019 16:36:59 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD File Hash: 4935163A217198691CADDA55CB995370D889F5FCF8CE7C84586CBEA16863369F | 07/09/2019 16:21:58 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 91 | Info Hash: CF62819AF207B3FD24DFC840AABBD639C3D3A357 File Hash: FBD2DC1EED9D589984153B4D6899968848F10A33226AEC8B21BD9375F85823F9 | 06/15/2019 15:20:30 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |